



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed April 12, 2017**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| IN RE: | | |
|---|---|---|
| MFF DCK, LLC | § | Case No. 17-40850-rfn7 |
| MY FIT FOODS CALIFORNIA, LLC | § | Case No. 17-40853-mxm7 |
| MY FIT FOODS OKLAHOMA, LLC | § | Case No. 17-40855-mxm7 |
| FIT DOG, LLC | § | Case No. 17-40857-rfn7 |
| ROJO PEDRO, LLC | § | Case No. 17-40859-rfn7 |
| MY FIT DALLAS, LLC | § | Case No. 17-40860-mxm7 |
| MY FIT FOODS, LLC | § | Case No. 17-40861-rfn7 |
| MY FIT FOODS PAYROLL, LLC | § | Case No. 17-40863-mxm7 |
| MY FIT FOODS ARIZONA, LLC fka MFF DALLAS SOUTH, LLC | § | Case No. 17-40864-mxm7 |
| MFF SOUTH HOUSTON, LLC | § | Case No. 17-40865-rfn7 |
| MY FIT FOODS COLORADO, LLC | § | Case No. 17-40866-mxm7 |
| CHITA DOG, LLC | § | Case No. 17-40867-rfn7 |
| MY FIT NATION, LLC | § | Case No. 17-40868-mxm7 |
| MY FIT FOODS ILLINOIS, LLC | § | Case No. 17-40869-rfn7 |

| | | |
|---|---|---|
| **MY FIT FOODS NEVADA, LLC fka MFF LONGHORNS** | § § § | Case No. 17-40871-rfn7 |
| **MY FIT FOODS USA, LLC fka MENDIAS & MILTON, LLC** | § § § | Case No. 17-40872-mxm7 |
| **MFF HILLBIRD, LLC** | § § § | Case No. 17-40873-rfn7 |
| **Debtors.** | § | **Chapter 7** |

**ORDER GRANTING TRUSTEE'S EXPEDITED MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 7 CASES [DKT. NO. 12]**

Upon expedited hearing of the motion [Dkt. No. 12] of the Trustee seeking the joint administration of the above-captioned Chapter 7 bankruptcy cases of seventeen (17) affiliated debtors for procedural purposes only pursuant to Bankruptcy Rules 1005, 1015(b) and 2002(n) and Local Bankruptcy Rule 1015-1 (the "Motion"), the Court finds and concludes that it has jurisdiction over the subject matter of the Motion pursuant to 28 U.S.C. §§ 157 and 1334; that all parties-in-interest were provided adequate notice and an opportunity to be heard; that joint administration of the cases is appropriate pursuant to Bankruptcy Rules 1015(b) and (c) and Local Bankruptcy Rule 1015-1(a), and would serve judicial economy; and joint administration is in the best interest and without prejudice to the rights of creditors and other parties-in-interest. Therefore, after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby, **ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein;

2. The above-styled and numbered cases (the "Bankruptcy Cases") shall be jointly administered for procedural purposes only;

3.    All pleadings, papers, documents, and orders, **with the exception of proof of claims**, shall be filed and docketed in *In re MFF DCK, LLC*, Case No. 17-40850-rfn7 (the "Lead Cases");

4.    All proofs of claim shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate;

5.    All pleadings, papers, documents, and orders, except proof of claims, filed in the jointly administered cases shall bear the following caption of the jointly administered cases, including the footnote listing all of the debtors and their respective case numbers:

IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE NORTHERN DISTRICT OF TEXAS<br>FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| MFF DCK, LLC, *et. al.*,[1] | § | Case No. 17-40850-rfn7 |
| | § | |
| Debtors | § | Jointly Administered |

6.    If pleadings, papers, and documents have been filed in any of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) re-file that pleading, paper, or document in the Lead Case within 3 business days of the entry of this Order,

---

[1] The Debtors and their respective case numbers are as follows: MFF DCK, LLC (Case No. 17-40850-rfn7); My Fit Foods California, LLC (Case No. 17-40853-mxm7); My Fit Foods Oklahoma, LLC (Case No. 17-40855-mxm7); Fit Dog, LLC (Case No. 17-40857-rfn7); Rojo Pedro, LLC (Case No. 17-40859-rfn7); My Fit Dallas, LLC (Case No. 17-40860-mxm7); My Fit Foods, LLC (Case No. 17-40861-rfn7); My Fit Foods Payroll, LLC (Case No. 17-40863-mxm7); My Fit Foods Arizona, LLC fka MFF Dallas South, LLC (Case No. 17-40864-mxm7); MFF South Houston, LLC (Case No. 17-40865-rfn7); My Fit Foods Colorado, LLC (Case No. 17-40866-mxm7); Chita Dog, LLC (Case No. 17-40867-rfn7); My Fit Nation, LLC (Case No. 17-40868-mxm7); My Fit Foods Illinois, LLC (Case No. 17-40869-rfn7); My Fit Foods Nevada, LLC fka MFF Longhorns (Case No. 17-40871-rfn7); My Fit Foods USA, LLC fka Mendias & Milton, LLC (Case No. 17-40872-mxm7); MFF Hillbird, LLC (Case No. 17-40873-rfn7).

(ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties;

7. The Trustee shall serve a copy of this Order on the United States Trustee, all creditors, persons filing Notices of Appearance, and other known parties-in-interest, and shall file a certificate of service with the Clerk of Court after completing service of this;

8. The Trustee shall file with the Clerk of Court in Case No. 17-40850-rfn7 a master service list of all creditors, persons filing Notices of Appearance, and all known parties-in-interest in the jointly administered cases in the form prescribed by Local Bankruptcy Rule 1007.1.

9. The Clerk is directed to make separate entries on the dockets of each of the Bankruptcy Cases, except for the docket of *In re MFF DCK, LLC*, substantially as follows:

> An order has been entered in this case consolidating this case with the case of MFF DCK, LLC, 17-40850-rfn7, for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 17-40850-rfn7 should be consulted for all matters affecting this case.

10. Procedural consolidation of the Bankruptcy Cases shall be for administrative purposes only and shall not be a substantive consolidation of the Debtors' estates.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

###END OF ORDER###

Submitted by:
*/s/ Kathryn G. Reid*
Kathryn G. Reid
State Bar No. 24068126
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: (214) 953-0182
Facsimile: (214) 953-0185
kreid@romclaw.com

PROPOSED GENERAL COUNSEL FOR
SHAWN K. BROWN, CHAPTER 7 TRUSTEE